**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE FLINTKOTE COMPANY,                          No. C-06-3565 MMC

       Plaintiff,                          **ORDER DIRECTING DEFENDANT TO
                                                FILE COPY OF COMPLAINT**

  v.

SULLIVAN & CROMWELL LLP,

       Defendant.

_____/

     On June 2, 2006, defendant Sullivan & Cromwell LLP removed the instant action to

federal court.  Although the Notice of Removal states the summons and complaint are

attached thereto as Exhibit A, no such exhibit has been electronically filed, nor is the exhibit

attached to the copy provided to chambers.  Accordingly, defendant is hereby ordered to

file Exhibit A and provide a copy to the Court forthwith.

     **IT IS SO ORDERED.**

Dated: June 7, 2006                        _____
                                           MAXINE M. CHESNEY
                                           United States District Judge