UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE FLINTKOTE COMPANY,

        Plaintiff,

  v.

SULLIVAN & CROMWELL LLP,

        Defendant.

No. C 06-03565 MHP

**MEMORANDUM & ORDER**
**Re: Motion to Remand**

       Plaintiff The Flintkote Company ("Flintkote") filed this action against defendant Sullivan & Cromwell LLP ("S&C") in San Francisco County Superior Court on May 24, 2006. Flintkote alleges that S&C has improperly refused to deliver to Flintkote certain client files associated with S&C's previous representation of Flintkote. S&C timely removed to this court on June 2, 2006.

       In support of removal, S&C argues that the question presented by Flintkote's complaint is a "core" bankruptcy matter and therefore subject to exclusive federal jurisdiction under In re Gruntz, 202 F.3d 1074 (9th Cir. 2000) (en banc). In a separate order filed concurrently herewith in case number C 05-03051, the court rejects S&C's reading of Gruntz and concludes that state courts retain concurrent jurisdiction over core bankruptcy matters. For the reasons stated in that order,

//
//
//
//
//
//

which are equally applicable here, Flintkote's motion to remand is GRANTED. A certified copy of this order shall be sent to the Superior Court for the County of San Francisco, and the clerk shall close the file.

    IT IS SO ORDERED.

Dated: July 27, 2006

                        MARILYN HALL PATEL
                        District Judge
                        United States District Court
                        Northern District of California